Finding no error in the record, the judgment is affirmed.

---

MACKEY v. STATE.

(Court of Criminal Appeals of Texas. May 10, 1911.)

CRIMINAL LAW (§ 1094*) — APPEAL—DISPOSITION—AFFIRMANCE — INSUFFICIENT PRESENTATION.

Where the matters complained of in the motion for a new trial could not be reviewed without the evidence, the conviction will be affirmed; the record not containing a statement of facts or bill of exceptions and showing no error on its face.

[Ed. Note.—For other cases, see Criminal Law, Dec. Dig. § 1094.*]

Appeal from Grayson County Court; J. Q. Adamson, Judge.

John Mackey was convicted of violating the local option law, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. This conviction was for violating the local option law.

The record is before us without a statement of facts or bills of exception. The matters complained of in motion for new trial cannot be considered without the evidence.

There being nothing presented in the record that can be reviewed, the judgment is affirmed.